AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KELVIN L. CREDLE,<br>        Plaintiff,<br><br>v.<br><br>DONALD C. WINTER, Secretary of the Navy,<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 4:08-CV-11-BO |

**Decision by Court.**

     IT IS ORDERED AND ADJUDGED that the Defendant's Motion for Summary Judgment is GRANTED as to Plaintiff's claim that Defendant discriminated against him based on race when he was not selected for a WG-07 Painting Worker position. Plaintiff's remaining claims are DISMISSED. All other motions pending before the Court are MOOT.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 11, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Kelvin L. Credle<br>9371 NC Hwy 304 N.<br>Bayboro, NC 28501 | Sharon C. Wilson<br>310 New Bern Ave., Suite 800<br>Raleigh, NC 27601-1461 |

| | |
|---|---|
| <u>September 11, 2009</u><br>Date | DENNIS P. IAVARONE<br>Clerk of Court<br><br> /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |